Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADAPTIVE PROTOCOLS, INC., a Washington Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>HISCOX, INC.; HISCOX INSURANCE COMPANY, INC.; HISCOX SYNDICATES LIMITED; LLOYD'S SYNDICATE 3624; HISCOX DEDICATED CORPORATE MEMBER LIMITED; and HISCOX LTD,<br><br>Defendants. | Case No. 2:25-cv-00686<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE FOR DEFENDANTS TO FILE RESPONSIVE PLEADING** |

This matter came before this Court on the parties' Stipulated Motion to Extend Deadline for Defendants to File Responsive Pleading. Dkt. No. 10. Having reviewed the motion, this Court finds good cause to grant the extension of deadline requested, as follows:

- The deadline for Defendants to file a responsive pleading will be extended from April 23, 2025 to May 7, 2025.

IT IS SO ORDERED.

DATED this 23rd day of April, 2025.

*Kymberly K Evanson*

Kymberly K. Evanson
United States District Judge