UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADAPTIVE PROTOCOLS, INC., a Washington Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>HISCOX, INC.; HISCOX INSURANCE COMPANY, INC.; HISCOX SYNDICATES LIMITED; LLOYD'S SYNDICATE 3624; HISCOX DEDICATED CORPORATE MEMBER LIMITED; and HISCOX LTD,<br><br>Defendants. | Case No. 2:25-cv-00686<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE FOR DEFENDANTS TO FILE RESPONSIVE PLEADING** |

This matter came before this Court on the parties' Stipulated Motion to Extend Deadline for Defendants to File Responsive Pleading. Dkt. No. 14. Having reviewed the motion, this Court finds good cause to grant the extension of deadline requested, as follows:

- The deadline for Defendants to file a responsive pleading will be extended from May 7, 2025 to June 4, 2025.

IT IS SO ORDERED.

DATED this 8th day of May, 2025.

*Kymberly K Evanson*
_____
Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED MOTION TO
EXTEND DEADLINE FOR DEFENDANTS TO
FILE RESPONSIVE PLEADING - 1