Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADAPTIVE PROTOCOLS, INC., a Washington Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>HISCOX, INC.; HISCOX INSURANCE COMPANY, INC.; HISCOX SYNDICATES LIMITED; LLOYD'S SYNDICATE 3624; HISCOX DEDICATED CORPORATE MEMBER LIMITED; and HISCOX LTD,<br><br>Defendants. | Case No. 2:25-cv-00686-KKE<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE FOR DEFENDANTS TO FILE RESPONSIVE PLEADING** |

This matter came before this Court on the parties' Stipulated Motion to Extend Deadline for Defendants to File Responsive Pleading. Having reviewed the motion, this Court finds good cause to grant the extension of the deadline requested, as follows:

- The deadline for Defendants to file a responsive pleading will be extended from June 18, 2025 to June 25, 2025.

IT IS SO ORDERED.

DATED this 23rd day of June, 2025.

*[signature: Kymberly K. Evanson]*

Kymberly K. Evanson
United States District Judge

Presented by:

**GORDON & POLSCER, L.L.C.**

By: */s/ Molly Eckman*
    Molly Eckman, WSBA #35474
    Shaizah Hasan, WSBA #61522
    1700 Seventh Avenue, Suite 2100
    Seattle, WA 98101
    (206) 223-4226
    Email: meckman@gordon-polscer.com
           shasan@gordon-polscer.com

*Attorneys for Defendants*

**CORR CRONIN LLP**

By: */s/ Michael A. Moore*
    Michael A. Moore, WSBA #27047
    Kelly Sheridan, WSBA #44746
    Kathryn Joy, WSBA #60056
    1015 Second Avenue, Floor 10
    Seattle, WA 98104
    Phone: (206) 625-8600
    Email: mmoore@corrcronin.com
           ksheridan@corrcronin.com
           kjoy@corrcronin.com

*Attorneys for Plaintiff*