THE HON. KYMBERLY K. EVANSON

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ADAPTIVE PROTOCOLS, INC., a
Washington corporation,

Plaintiff,

v.

HISCOX, INC.; HISCOX INSURANCE
COMPANY, INC.; HISCOX SYNDICATES
LIMITED; LLOYD'S SYNDICATE 3624;
HISCOX DEDICATED CORPORATE
MEMBER LIMITED; and HISCOX LTD,

Defendants.

No. 2:25-cv-00686-KKE

**ORDER GRANTING STIPULATED
MOTION TO CONTINUE TRIAL AND
RELATED DATES**

**NOTE ON MOTION CALENDAR:
FEBRUARY 23, 2026**

The parties stipulated to a continuance of the trial date and case schedule.  Dkt. No. 24.
The Court finds good cause to support a continuance, and therefore GRANTS the motion to
continue the trial date.  The unexpired deadlines in the previous case schedule (Dkt. No. 17),
including today's deadline for disclosing expert witness reports, are VACATED.  The courtroom
deputy is directed to issue an amended case schedule based on the parties' agreed-upon trial date
of March 29, 2027, and consistent with the Court's standard case schedule.  *See* Dkt. No. 6.

If any date in the amended case schedule causes an irreconcilable conflict, the parties shall

ORDER GRANTING STIPULATED
MOTION TO CONTINUE TRIAL – 1

contact the Courtroom Deputy at KKEcrd@wawd.uscourts.gov no later than 14 days after the amended case schedule is entered.

Dated this 23rd day of February, 2026

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge

Presented by:

CORR CRONIN LLP

s/ Michael A. Moore
Michael A. Moore, WSBA No. 27047
Kelly Sheridan, WSBA No. 44746
1015 Second Avenue, Floor 10
Seattle, WA  98104
Ph: (206) 625-8600
mmoore@corrcronin.com
ksheridan@corrcronin.com

*Attorneys for Plaintiff*

GORDON & POLSCER, LLC

s/ Molly Eckman
Molly Eckman, WSBA No. 35474
Shaizah Hasan, WSBA No. 61522
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
Ph: (206) 223-4226
meckman@gordon-polscer.com
shasan@gordon-polscer.com

*Attorneys for Defendants*

ORDER GRANTING STIPULATED
MOTION TO CONTINUE TRIAL – 2

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900