THE HON. KYMBERLY K. EVANSON

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ADAPTIVE PROTOCOLS, INC., a Washington corporation,

Plaintiff,

v.

HISCOX, INC.; HISCOX INSURANCE COMPANY, INC.; HISCOX SYNDICATES LIMITED; LLOYD'S SYNDICATE 3624; HISCOX DEDICATED CORPORATE MEMBER LIMITED; and HISCOX LTD,

Defendants.

No. 2:25-cv-00686-KKE

ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL AND RELATED DATES

The parties stipulated to a continuance of the trial date and case schedule. Dkt. No. 27. The Court finds good cause to support a continuance, and therefore GRANTS the motion to continue the trial date. The unexpired deadlines in the previous case schedule (Dkt. No. 26), are VACATED. The courtroom deputy is directed to issue an amended case schedule based on the



CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

parties' agreed-upon trial date of October 12, 2027,[1] and consistent with the Court's standard case schedule. *See* Dkt. No. 6.

If any date in the amended case schedule causes an irreconcilable conflict, the parties shall contact the Courtroom Deputy at KKEcrd@wawd.uscourts.gov no later than 14 days after the amended case schedule is entered.

Dated this 19th day of August, 2026

Kymberly K. Evanson
United States District Judge

[1] The parties requested a new trial date of "October 11, 2027, or as soon thereafter [as] is convenient for the Court[.]" Dkt. No. 27 at 1. Because October 11 is a federal holiday, the Court will set the trial for Tuesday, October 12.



CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900